■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER HAIRSTON, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Huttner, J.), imposed August 17, 1987.

Ordered that the sentence is affirmed *(see, People v Ford,* 143 AD2d 841; *People v Napolitano,* 138 AD2d 414; *see also, People v Brandow,* 139 AD2d 819). Mollen, P. J., Bracken, Eiber and Rosenblatt, JJ., concur.